**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**In re:**                                                                      **Chapter 11**

**Ria R Squared, Inc.,**                                               **Case No. 26-19251-CLC**

   **Debtor.**

_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Rule 2081-1(B) of the Local Rules of the United States Bankruptcy Court for the Southern District of Florida, RIA R Squared, Inc. (the "**Debtor**"), as debtor and debtor-in-possession in the above-captioned Chapter 11 case, hereby files this Case Management Summary, and in support thereof states as follows:

The following data represents approximations for background information only, based on the Debtor's books and records and information presently available, and may be supplemented or amended as additional information becomes available.

1.    **Date of Order for Relief:**

July 15, 2026.

2.    **Names, Case Numbers and Dates of Filing of Related Debtors**

None.

3.    **Description of Debtor's Business:**

The Debtor, Ria R Squared, Inc. (the "**Debtor**"), is a Delaware corporation based in Florida engaged in institutional level private investment and securities portfolio management activities.  The Debtor's business depends on custodial relationships that facilitate securities transactions, repurchase and reverse-repurchase counterparties and other financing facilities, broker-dealer relationships, and the performance of capital counterparties under applicable agreements and legal requirements. The Debtor has been operating since 2016. From inception through approximately 2020, Debtor's business thrived and reached assets approaching $641 million.  The investments made by Debtor includes US Treasuries, Corporate Bonds, Mortgage Backed Securities, High Yield Bank Loans, CRE investments and Growth Private Equity in US defense sector from all over the United States.

4.    **Locations of Debtor's Operations and Whether the Business Premises are Leased or Owned:**

- Principal Place of Business - 3001 SW 3rd Avenue, Miami, Florida 33129.

- Mailing and Administrative Office - 801 Brickell Avenue, 8th Floor, Miami, Florida 33131.

5.     **Reasons for Filing Chapter 11:**

Prepetition, the Debtor engaged in a variety of investment activities and sophisticated financial transactions. However, primarily as a result of: (i)) admitted affirmation of nonperformance by a capital counterparty of approximately $147 MM, and (ii)) 6 years of ongoing contractual negotiations and the related litigation with Shinhan Securities Co., Ltd.'s ("**Shinhan**"), DW Partners LP ("**DW**"), and others, the Debtor has experienced significant financial distress. A primary contributor of such financial distress is related to Shinhan and DW's failures to perform certain contractual obligations that would sustain Debtor's liquidity and ability manage continued business operations. While it was largely successful from 2016-2020, as discussed above several counterparties to agreements defaulted resulting in significant, unanticipated and expensive litigation. Furthermore, one specific litigant directly interfered with the Debtors primary securities custodian which caused a termination of its relationship and thus other subsequent capital counterparties.  The Debtor is presently involved in several lawsuits in which it believes it may recover hundreds of millions of dollars. Certain counterparties have asserted unsecured counterclaims estimated at approximately $185 million. Debtor has vigorously tried to negotiate over the span of 6-7 years to set off any disputed claims and contends they are subject to set off calculations where the counterparties have refused to provide reconciliation per contractually agreed methodology.  Debtor has borne exponential litigation expenses at a pace that was previously unsustainable on a cash flow basis.

The Debtor commenced this Chapter 11 case to maintain ongoing business operations, preserve, evaluate, prosecute, and seek to realize value from its claims, evaluate and prosecute its litigation positions, preserve the value of its investment assets and litigation claims, and restructure its financial affairs. The Debtor believes that the Chapter 11 process provides an appropriate mechanism to facilitate a financial restructuring for the benefit of all constituents and to centralize the resolution of pending disputes in an orderly forum, subject to further order of the Court.

6.     **List of Officers and Directors, If Applicable, and Their Salaries and Benefits at the Time of Filing and During the 1 Year Prior to Filing:**

| # | Name | Position / Role | Salary | Benefits[1] |
|---|---|---|---|---|
| 1. | M.K. David Kang | CEO; President; Secretary; Director; 50% Shareholder | $420,000.00 | $29,702.00 |
| 2. | Michael Leong | Treasurer, Director; 50% Shareholder | $264,000.00 | $50,965.00 |
| 3. | Emilio Gonzalez | Executive Committee; day-to-day operations | $240,000.00 | $0.00 |

---

[1] Medical, dental, vision, life, and long term disability insurance coverage.

Mr. Kang, Mr. Leong, and Mr. Gonzalez are the Debtor's primary decision makers. The foregoing amounts reflect the compensation and benefits information presently available for the approximately one-year period preceding the Petition Date and remain subject to final reconciliation.

7. **Debtor's Fiscal or Calendar Year to Date Gross Income and Debtor's Gross Income for the Calendar or Fiscal Year Prior to Filing of This Petition:**

The Debtor is continuing to reconcile its books and records and will supplement its year-to-date and prior-year gross income information when available. Based on information currently available, gross income for 2025 was approximately $5,800,000.

8. **Amounts Owed to Various Creditors:**

   (a) **Priority Claims:**  Estimated at approximately $3,369,592.88.

   (b) **Secured Claims:**  Estimated at approximately $6,446,117.00. The nature, extent, validity, and priority of all asserted liens and security interests remain subject to review and reconciliation.

   (c) **Unsecured Claims:** Claims are estimated to be asserted at approximately $189,271,362.18. However, this figure includes disputed, contingent, and unliquidated litigation related claims in excess of $185,000,000 that Debtor anticipates will be disallowed in their entirety.

9. **General Description & Approximate Value of the Debtor's Assets:**

| # | Asset | Description | Approximate Value |
|---|-------|-------------|-------------------|
| 1. | Real Property | Real property and related interests reflected on the Debtor's schedules. | $1,500,000.00 |
| 2. | Investment Assets | Private credit, structured finance, real estate related investments, securities positions, and related rights. | $103,709,013.82 |
| 3. | Litigation and Other Causes of Action | Claims arising from prepetition investment transactions, contractual relationships, and pending litigation, including asserted rights to payment, damages, accounting, reconciliation, setoff, recoupment, and other relief. The claims are disputed, contingent, and unliquidated, and remain subject to defenses, counterclaims, litigation risk, expense, delay, collectability, and adjudication. | $529,965,632.95 |
| 4. | Cash / Accounts / | Cash, bank or brokerage accounts, receivables, deposits, contract rights, and other personal property. | $44,183,966.81 |

| # | Asset | Description | Approximate Value |
|---|---|---|---|
|  | Other Personal Property |  |  |
|  | **Total:** |  | **$679,358,613.58** |

10. <u>**Insurance Coverage:**</u>

The Debtor currently maintains errors and omissions liability and directors and officers liability insurance coverage. The Debtor does not currently maintain other insurance coverage.

11. <u>**Number Of Employees and Amounts of Wages Accrued as of Petition Date:**</u>

The Debtor's business operations are directed principally by M.K. David Kang, Michael Leong, and Emilio Gonzalez. Based on information presently available, the Debtor believes accrued employee wages and bonus compensation for Mr. Kang was approximately $2,460,000 and Emilio Gonzalez was owed approximately $240,000, as of the Petition Date. The Debtor will supplement this disclosure if necessary following completion of its payroll review.

12. <u>**Status of Debtor's Payroll & Sales Tax Obligations, If Applicable:**</u>

The Debtor is reviewing its payroll, withholding, sales, and other tax obligations. Based on information presently available, the Debtor does not believe that it has material unpaid payroll, withholding, or sales tax obligations, separate from the accrued employee compensation identified in paragraph 11. Any asserted tax claims remain subject to reconciliation and the claims-allowance process.

13. <u>**Anticipated Emergency Relief to be Requested Within 14 Days from the Petition Date:**</u>

The Debtor anticipates seeking such expedited relief as may be necessary to preserve the estate and maintain ordinary course operations, including: (i) authority to maintain its prepetition bank accounts and cash management practices; and (ii) such other relief as may be required to protect the Debtor's litigation claims, investment assets, and business operations. The Debtor reserves the right to seek additional relief as circumstances warrant.

*(Remainder of Page Left Intentionally Blank)*

**Dated: July 16, 2026**

**EDELBOIM LIEBERMAN PLLC**
*Proposed Counsel for the Debtor*
2875 NE 191st St., Penthouse One
Miami, FL 33180
Telephone: (305) 768-9909
Facsimile: (305) 928-1114
Email: brett@elrolaw.com
Email: morgan@elrolaw.com
Email: alex@elbizlaw.com

*/s/ Alexander Lewitt*
Brett D. Lieberman, Esq. (FBN 69583)
Morgan B. Edelboim, Esq. (FBN 40955)
Alexander Lewitt, Esq. (FBN 1048121)

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was served on July 20, 2026 by Notice of Electronic Filing to all parties registered to receive electronic notification via CM/ECF notification (which is incorporated herein by reference).

*/s/ Alexander Lewitt*
Alexander Lewitt, Esq. (FBN 1048121)

5