UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

      **RIA R SQUARED, INC.**
                                      Chapter 11
                                      Case No.:  26-19251 (CLC)

                  **Debtor.**

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

      **PLEASE TAKE NOTICE** that pursuant to Rule 9010(b) of the Federal Rules of

Bankruptcy Procedure[1], New York State Attorney General Letitia James, hereby files this Notice

of Appearance and Request For Service of Notices and Pleadings on behalf of the New York

State Department of Taxation and Finance, a party in interest is the above captioned bankruptcy

case ("Case") and does hereby request that all notices required to be given under Rule 2002,

including notices under Rule 2002(i) that, but for this request, would be provided only to

committees appointed pursuant to Title 11, U.S.C. § 101 et. seq. or their authorized agents, and

all papers served or required to be served in this Case and any related adversary proceeding, be

given to and served upon:

                  Martin A. Mooney
                  Assistant Attorney General
                  Office of the New York State Attorney General
                  Civil Recoveries Bureau, Bankruptcy Litigation Unit
                  The Capitol
                  Albany, New York 12224-0341

---

[1] Unless otherwise stated, all references to "Rule" shall mean the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Rule 2002 but also includes, without limitation, notices of any applications, motions, orders, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, disclosure statements, plans of reorganization, or any other document brought before this Court with respect to this Case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, electronic transmission or otherwise.  The Clerk of the Court is requested to place the name and address of counsel as set forth in this Notice on any Master Service List in this Case.

Dated:  July 24, 2026
       Albany, New York

       Respectfully submitted,
       New York State Attorney General Letitia James


By: *Martin A. Mooney*
Martin A. Mooney
Assistant Attorney General
Civil Recoveries Bureau
Bankruptcy Litigation Unit
The Capitol
Albany, New York 12224-0341
Telephone: 518-776-2528
Email: Martin.Mooney@ag.ny.gov

## CERTIFICATE OF SERVICE

I, Martin A. Mooney of the Office of the New York State Attorney General, hereby certify that on the 24th day of July, 2026, I electronically filed the annexed Notice of Appearance and Request for Service of Notices and Pleadings with the Clerk of the Bankruptcy Court for the Southern District of Florida, using the CM/ECF system maintained by the Court for this Case.

*Martin A. Mooney*
_____
Martin A. Mooney