**ORDERED in the Southern District of Florida on August 17, 2026.**

Corali Lopez-Castro, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

RIA R SQUARED, INC., Case No. 26-19251-CLC

Debtor. Chapter 11

_____________________________________/

**ORDER PROHIBITING DEBTOR'S USE**
**OF CERTAIN ASSETS PENDING FURTHER ORDER OF THE COURT**

THIS MATTER came before the Court upon consideration of the submissions concerning the *Motion to Dismiss the Adversary Proceeding or, Alternatively, for Relief from the Automatic Stay* [ECF No. 20], including the exhibits submitted in connection therewith, the opposition filed in response thereto, and the reply in support thereof, and upon oral argument held on August 13, 2026, and which has been continued to August 28, 2026, at 10:00 a.m. (E.T.), at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 7, Miami, FL 33128. The Court, having considered the foregoing submissions and arguments of counsel, and this Order being consistent

with and in furtherance of the oral ruling handed down by the Court at the August 13, 2026 hearing, it is **ORDERED** as follows:

1. The Debtor, RIA R Squared, Inc., and its officers, directors, agents, employees, representatives, and any other person or entity acting on the Debtor's behalf, are hereby prohibited (unless it first obtains the prior written consent of Shinhan Securities Co., Ltd. ("**Shinhan**")) from using, withdrawing, transferring, dissipating, pledging, encumbering, or otherwise impairing of any funds, securities or other assets held in the following accounts and investment assets:

   a. Wilmington Savings Fund Society, FSB, Escrow Account (ending 2600);

   b. Wilmington Savings Fund Society, FSB, Escrow Account, Reserve Account (ending 4042);

   c. Wilmington Savings Fund Society, FSB, Escrow Account Custody Account (ending 4040);

   d. Ducenta 2240 CRE LLC;

   e. Ducenta 80-20 Unconstrained Fund LP;

   f. Ducenta Bellatores AD Fund LP;

   g. DW 80 South, LLC;

   h. DW Marcy, LLC; and

   i. All securities identified on July 1–9, 2026 Daily Reports [ECF No. 20-14] (clauses a-i, the "**Accounts**").

2. If Shinhan does not provide written consent to any request by the Debtor with respect to the Accounts, the Debtor may seek emergency relief from this Court.

3. The Debtor shall serve a copy of this Order within one business day of entry upon each of the following entities, and each such party is directed to not take any action inconsistent with this Order:

   a. Wilmington Savings Fund Society, FSB;

b. Ducenta 2240 CRE LLC;

c. Ducenta 80-20 Unconstrained Fund LP;

d. Ducenta Bellatores AD Fund LP;

e. Ducenta Squared Asset Management;

f. DW 80 South, LLC;

g. DW Marcy, LLC; and

h. any other person or entity with control over any of the Accounts.

4. This Order is effective immediately upon entry.

# # #

Submitted by:

Jim Robinson
Trudy Smith (admitted *pro hac vice*)
**WHITE & CASE LLP**
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: 305-371-2700
Facsimile: 305-358-5744
Email: jrobinson@whitecase.com
trudy.smith@whitecase.com

-and-

Laura Garr (admitted *pro hac vice*)
Andrew Zatz (admitted *pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-819-8200
Facsimile: 212-354-8113
Email: laura.garr@whitecase.com
andrew.zatz@whitecase.com

*Counsel for Shinhan Securities Co., Ltd.*

*Copies furnished to all parties of record via CM/ECF*