**ORDERED in the Southern District of Florida on August 22, 2026.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

| | |
|---|---|
| RIA R SQUARED, INC., | Case No. 26-19251-CLC |
| Debtor. | Chapter 11 |

______________________________________/

**ORDER VACATING *ORDER PROHIBITING DEBTOR'S USE OF CERTAIN ASSETS PENDING FURTHER ORDER OF THE COURT***

THIS MATTER came before the Court upon consideration of the *Joint Agreed Motion To Vacate Order Prohibiting Debtor's Use Of Certain Assets Pending Further Order Of The Court* [Dkt No. 56], and the Court, being advised of the agreement of RIA R Squared, Inc. ("**RIA**" or the "**Debtor**"), and Shinhan Securities Co., Ltd. ("**Shinhan**", together the "**Parties**") as to the entry of the relief requested herein, including immediately setting aside and vacating the *Order Prohibiting Debtor's Use of Certain Assets Pending Further Order of the Court*, as being inadvertently submitted to the Court, it is **ORDERED** as follows:

1. The *Order Prohibiting Debtor's Use of Certain Assets Pending Further Order of the Court* [Dkt. No. 52] (the "Order") is hereby **VACATED** and is of no further force and effect.

2. Notwithstanding that the Order itself is vacated, the Court's oral ruling, announced during the August 13, 2026 hearing at 2:00 pm (the "Hearing") prohibiting Debtor, RIA R Squared, Inc., and its officers, directors, agents, employees, representatives, from withdrawing, transferring, dissipating, pledging, encumbering, or otherwise impairing (or instructing any other person or entity acting on the Debtor's behalf from withdrawing, transferring, dissipating, pledging, encumbering, or otherwise impairing) any of any of the following funds, securities or other assets held in the following accounts and investment assets:

a. Wilmington Savings Fund Society, FSB, Escrow Account (ending 2600);
b. Wilmington Savings Fund Society, FSB, Reserve Account (ending 4042);
c. Wilmington Savings Fund Society, FSB, Custody Account (ending 4040);
d. Ducenta 2240 CRE LLC;
e. Ducenta 80-20 Unconstrained Fund LP;
f. Ducenta Bellatores AD Fund LP;
g. DW 80 South, LLC;
h. DW Marcy, LLC; and
i. All securities identified on the Daily Report dated August 13, 2026 attached hereto as Exhibit A (clauses a-i, the "**Accounts**")

unless it first obtains the prior written consent of Shinhan, shall remain in full force and effect pending entry of a further order after submission of: i) a proposed form of order, agreed to by the Parties; ii) competing orders for the Court's consideration; or iii) further order of the Court.

3. This Order is effective immediately upon entry.

# # #

Submitted By:

Brett D. Lieberman, Esq.
Edelboim Lieberman PLLC
2875 NE 191st St., PH One
Miami, FL 33180
Telephone: (305) 768-9909
Facsimile: (305) 928-1114

Copy Furnished To:

*Brett D. Lieberman, Esq., who is directed to serve a conformed copy of this order on all interested parties and file a certificate of service with the Court.*

# Exhibit "A"

**DAILY REPORT**
*Client: RIA R SQUARED*

1984
DUCENTA SQUARED

*As of: 8/13/2026*

**Securities Portfolio**

| Date | Custodian | CCY | Investment Type | Description | Security ID | Quantity | Market Price | 1 Day % Change | Total MV + Accrual |
|---|---|---|---|---|---|---|---|---|---|
| 8/13/2026 | WSFS | USD | Cash Balance - US Dollar | US DOLLAR | USD | 651,237.98 | 1.00000 | 0.00% | $651,237.98 |
| 8/13/2026 | WSFS | USD | Cash Balance - US Dollar | US DOLLAR | USD | 934,297.04 | 1.00000 | 0.00% | $934,297.04 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | AHL 5 3/4 07/01/30 | 04530DAE2 | 3,000,000.00 | 102.27100 | 0.20% | $3,088,734.17 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | ALIANT 7 01/15/31 | 01883LAF0 | 1,000,000.00 | 101.65800 | 0.11% | $1,022,218.89 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | APLD 9 1/4 12/15/30 | 00202DAA5 | 1,000,000.00 | 106.27000 | 0.00% | $1,077,859.72 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | ASHWOO 6 7/8 08/01/33 | 045086AR6 | 1,000,000.00 | 100.70900 | 0.09% | $1,009,572.64 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | AVAPLN 8 1/2 05/15/31 | 05390AAA2 | 1,000,000.00 | 94.69600 | -0.01% | $967,973.89 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | AVIAGP 9 1/2 01/28/31 | 05369YAD1 | 3,000,000.00 | 96.35200 | 0.11% | $2,903,226.67 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | AZUBBZ 9 7/8 02/15/31 | 05501WAJ1 | 1,000,000.00 | 92.60500 | -0.05% | $977,619.44 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | BDN 6 1/8 01/15/31 | 105340AT0 | 1,000,000.00 | 97.28000 | 0.35% | $977,734.03 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | BWIN 7 1/8 05/15/31 | 05825XAA7 | 3,000,000.00 | 101.89100 | 0.11% | $3,109,573.75 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | CRWV 9 02/01/31 | 21873SAC2 | 2,000,000.00 | 94.06600 | 0.20% | $1,887,820.00 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | CRWV 9 1/4 06/01/30 | 21873SAB4 | 1,600,000.00 | 97.04100 | 0.60% | $1,582,667.11 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | DTV 10 02/15/31 | 25461LAD4 | 670,000.00 | 105.96600 | 0.25% | $743,286.09 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | EA 8 3/4 07/01/34 | 67124CAB9 | 500,000.00 | 106.47200 | 0.34% | $547,672.50 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | FABSJV 6.4 01/25/38 | 350930AE3 | 2,500,000.00 | 104.73000 | 0.54% | $2,626,694.44 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | FREMF 2018-KF56 B | 30307QAC3 | 983,928.83 | 94.65000 | 0.00% | $934,675.69 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | FREMF 2019-KF69 B | 30313LAG7 | 659,007.14 | 96.39000 | 0.00% | $637,430.61 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | FREMOR 9 1/4 02/01/29 | 35641AAA6 | 1,600,000.00 | 103.56300 | 0.05% | $1,662,352.44 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | HIW 7.65 02/01/34 | 431282AU6 | 2,500,000.00 | 110.40600 | 0.34% | $2,767,056.25 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | HOV 8 04/01/31 | 48251UAP3 | 1,000,000.00 | 103.52100 | 0.17% | $1,064,765.56 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | HOV 8 3/8 10/01/33 | 48251UAQ1 | 1,000,000.00 | 103.30300 | 0.31% | $1,063,970.97 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | HSBC 6 3/4 PERP | 404280FH7 | 2,500,000.00 | 100.83300 | 0.00% | $2,586,450.00 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | IONPLA 7 7/8 09/30/32 | 46205QAB4 | 1,000,000.00 | 78.50400 | 0.30% | $814,352.50 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | IONPLA 9 1/2 05/30/29 | 46206AAB8 | 2,000,000.00 | 93.16500 | -0.04% | $1,886,522.22 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | JBLU 9 7/8 09/20/31 | 476920AA1 | 2,000,000.00 | 89.86800 | 0.83% | $1,826,985.00 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | LADAR 2023-3A D 6.92 12/16/30 | 50168BAF5 | 10,000.00 | 101.45512 | 0.02% | $10,201.26 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | NMRK 7 1/2 01/12/29 | 65158NAD4 | 2,500,000.00 | 104.57800 | 0.02% | $2,631,116.67 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | NWL 8 1/2 06/01/28 | 651229BG0 | 2,500,000.00 | 104.41400 | 0.08% | $2,653,440.28 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | PDCO 8 3/4 04/17/32 | 69902PAA6 | 2,000,000.00 | 93.15000 | 0.09% | $1,919,875.00 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | PETM 7 1/2 09/15/32 | 71677KAC2 | 1,750,000.00 | 101.39100 | 0.10% | $1,828,665.42 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | PHOAVI 9 1/4 07/15/30 | 71910DAA9 | 2,500,000.00 | 105.17700 | 0.22% | $2,648,053.47 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | ROCSOF 9 11/28/28 | 77314EAB4 | 1,000,000.00 | 100.71800 | 0.09% | $1,032,930.00 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | SHINFN 5 07/24/28 | 824596AC4 | 200,000.00 | 100.61200 | 0.10% | $201,779.56 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | TIBX 6 1/2 03/31/29 | 88632QAE3 | 1,000,000.00 | 99.13800 | 0.33% | $1,015,574.44 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | TSLX 6.95 08/14/28 | 83012AAB5 | 2,500,000.00 | 102.86300 | 0.08% | $2,571,575.00 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | VENLNG 9 PERP | 92332YAF8 | 1,000,000.00 | 100.20200 | 0.01% | $1,035,520.00 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | VOLTAG 7 3/8 11/01/30 | 92874BAA3 | 1,000,000.00 | 102.21400 | 0.04% | $1,043,240.69 |
| 8/13/2026 | WSFS | USD | Fixed Income - Corporate Debt | WHR 6 1/2 06/15/33 | 963320BE5 | 2,250,000.00 | 88.90100 | 0.69% | $2,024,241.25 |

** CUSIP Securities pricing based on Bloomberg BVAL pricing source*

**Bespoke Portfolio**

| Date | Custodian | CCY | Investment Type | Description | Security ID | Quantity | Market Price | 1 Day % Change | Total MV + Accrual |
|---|---|---|---|---|---|---|---|---|---|
| 8/13/2026 | WSFS | USD | Private Debt - Consumer Auto | Car Capital Technologies Facility | MSC008534 | 3,726,621.33 | N/A | N/A | $3,726,621.33 |
| 8/13/2026 | WSFS | USD | Private Equity - Ducenta Bellatores AD Fund | Thayer Mahan, Inc. - SAFE Investment | MSC012189 | 3,702,596.50 | N/A | N/A | $3,702,596.50 |
| 8/13/2026 | WSFS | USD | Private Equity - Ducenta Bellatores AD Fund | Thayer Mahan, Inc. - Series C-1 | MSC008518 | 14,194,591.96 | N/A | N/A | $14,194,591.96 |
| 8/13/2026 | WSFS | USD | Private Equity - Ducenta Bellatores AD Fund | Thayer Mahan, Inc. - Series C-3 | MSC008492 | 1,780,355.86 | N/A | N/A | $1,780,355.86 |
| 8/13/2026 | WSFS | USD | Private Equity - Ducenta Bellatores AD Fund | Thayer Mahan, Inc. - Warrant Series B | MSC008500 | 8,749,897.24 | N/A | N/A | $8,749,897.24 |
| 8/13/2026 | WSFS | USD | Real Estate - Commercial | 2240 E Maple Ave | USD | 8,652,637.27 | N/A | N/A | $8,652,637.27 |
| 8/13/2026 | WSFS | USD | Real Estate - Mixed Use | 425 Marcy Ave | MSC008559 | 7,100,000.00 | N/A | N/A | $7,100,000.00 |
| 8/13/2026 | WSFS | USD | Real Estate - Mixed Use | 80 South St | MSC008542 | 71,836,688.00 | N/A | N/A | $71,836,688.00 |
| 8/13/2026 | WSFS | USD | Real Estate - Mixed Use | Flushing | MSC008674 | 10,928,571.43 | N/A | N/A | $10,928,571.43 |
| 8/13/2026 | WSFS | USD | Real Estate - Residential | Valley Oak | MSC008526 | 6,674,816.67 | N/A | N/A | $6,674,816.67 |

*** Bespoke Investment valuations based on most recent third party appraisal valuations*