**ORDERED in the Southern District of Florida on October 30, 2026.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

RIA R SQUARED, INC., Case No. 26-19251-CLC

Debtor. Chapter 11

_______________________________________/

**ORDER DENYING DEBTOR'S MOTION FOR AUTHORITY TO CONTINUE PAYING POSTPETITION BASE COMPENSATION AND RELATED PAYROLL OBLIGATIONS**

THIS MATTER came before the United States Bankruptcy Court for the Southern District of Florida (the "**Court**") for hearing on October 13 and 14, 2026, upon the *Debtor's Motion for Authority to Continue Paying Postpetition Base Compensation and Related Payroll Obligations* (Dkt. No. 67) (the "**Motion**") filed by Ria R Squared, Inc., as debtor and debtor-in-possession in the above-captioned Chapter 11 case; and the Court, having reviewed the Motion, having considered the objections filed to the Motion, and the record in this case, it is **ORDERED** that the Motion is **DENIED** for the reasons stated on the record at the October 29, 2026, hearing, which are incorporated herein.

# # #

<u>Submitted by:</u>

James N. Robinson (FBN 608858)
Trudy Smith (admitted *pro hac vice*)
**WHITE & CASE LLP**
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: 305-371-2700
Facsimile: 305-358-5744
Email: laura.garr@whitecase.com
andrew.zatz@whitecase.com

-and-

Laura Garr (admitted *pro hac vice*)
Andrew Zatz (admitted *pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-819-8200
Facsimile: 212-354-8113
Email: laura.garr@whitecase.com
andrew.zatz@whitecase.com

*Counsel for Shinhan Securities Co., Ltd.*

*Copies furnished to James N. Robinson who is directed to serve a conformed copy of this order on all interested parties and file a certificate of service with the Court.*